**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW JERSEY**

SUSMITA CHAKRABORTY;                   )
       Plaintiff                            )
                             )
               v.                  )
                             )
MARKWAYNE MULLIN, in his official      )    Civil Action No 3:26-cv-06628-GC
capacity, Secretary, U.S. Department of )
Homeland Security, et. al.,            )
                             )
       Defendant(s).                        )
                             )
                             )

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.**
**41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, SUSMITA CHAKRABORTY, by and through the undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against all Defendants in the instant action.

Date:   July 30, 2026        Respectfully submitted,

                           /s/ Catherine Venable,
                           Catherine Venable, Esq.
                         JEELANI LAW FIRM, PLC
                         3701 W. Algonquin Road, Suite 630
                         Rolling Meadows, IL 60008
                         catherine@jeelani-law.com
                         Phone:(312) 767-9030
                         Fax:(312) 549-9981
                         *Attorney for Plaintiff*

It is so ordered this
31st day of July,
2026. The Clerk's
Office shall
CLOSE this case.

*Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

1